8-1

AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE SANCHEZ-CARRISOZA (1)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0609-JAH

I, JOSE SANCHEZ-CARRISOZA, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 3/6/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Sanches
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer